In the Matter of the Application of M. J. Walsh, as Deputy Comptroller of the State of New York, Appellant, for an Order Transferring Certain Court and Trust Funds from the New York Life Insurance and Trust Company of the County of New York, Respondent, to the Chamberlain of the City of New York. (Queens County Proceeding.) — Order reversed on the authority of *Matter of Walsh* (204 N. Y. 276), decided by the Court of Appeals January 30, 1912. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred. Order to be settled before Mr. Justice Woodward.

Augusta Jensen, as Administratrix, etc., of Severn Jensen, Deceased, Appellant, v. Eugene Madigan, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John Martin Johnson, an Infant, by Carolina Locke, His Guardian ad Litem, Respondent, Appellant, v. The City of New York, Appellant, Respondent.— Judgment and orders affirmed, without costs. No opinion. Hirschberg, Carr and Rich, JJ., concurred; Burr and Thomas, JJ., dissented from the affirmance of the judgment in favor of plaintiff, and vote to reverse such judgment and to grant a new trial, upon the ground that no liability on the part of defendant is shown.

Michael Langton, Appellant, v. John Langton and Others, Respondents. — Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Fanny B. Newbery, Appellant, v. John D. Sullivan and Michael Schaffner, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.